UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT WESLEY HALLMAN, :
    Plaintiff :
     :
vs. : CIVIL NO. 1:10-CV-2531
     :
     :
ROBERT STITT, *et al.*, :
    Defendants :

*O R D E R*

AND NOW, this 23rd day of September, 2014, upon consideration of the Report and Recommendation of Magistrate Judge Carlson (Doc. 130), and the objections that were filed, it is ORDERED that:

    1. The Report and Recommendation (Doc. 130) is ADOPTED.

    2. Defendants' objections (Doc. 131) are OVERRULED.

    3. Defendants' motion for summary judgment (Doc. 122) is DENIED.


    /s/William W. Caldwell
    William W. Caldwell
    United States District Judge